IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MONICA NICOLE CLARK o/b/o T.M.N.C.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 4:16-cv-00282-O-BP |
| **NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,** | § § § § § | |
| **Defendant.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 15). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 15) are correct and they are adopted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner is hereby **AFFIRMED** and Plaintiff's complaint is **DISMISSED with prejudice**

SO **ORDERED** on this **25th day** of **July, 2017**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**